IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01258-RM

BILLIE DON WILLIAMS,

    Applicant,

v.

STEVEN HARTLEY, Warden, Arkansas Valley Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, within thirty (30) days from the date of this order, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Williams,* **Arapahoe County District Court Case No. 00CR1449**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             Arapahoe County District Court
             7325 S. Potomac St.
             Centennial, Colorado 80112; and

    (2)    Court Services Manager
             State Court Administrator's Office
             1300 Broadway
             Denver, Colorado  80203.

DATED January 24, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge